**Order entered November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01409-CV

### IN RE EQUIMARK REALTY CORPORATION, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11921**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's emergency motion for stay, in which the relator requests a stay of all proceedings in the trial court between relator and real party in interest, One Hillcrest Partners, Ltd. We **GRANT** the motion only to the extent that we **ORDER STAYED,** until further order of this Court, the trial court's October 28, 2015 order permitting the deposition requested by One Hillcrest Partners and ordering the production of documents responsive to the subpoena duces tecum issued in conjunction with the deposition notice.

Relator's petition for writ of mandamus remains pending before the Court. The Court requests that real party in interest and respondent file their responses, if any, to the petition for writ of mandamus on or before December 1, 2015.

                                        /s/      DAVID J. SCHENCK
                                                 JUSTICE